# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CHARLIE LAMONTE MCKINNEY, JR., : : : Plaintiff, : : V. : : TYRONE OLIVER, *et al.*, : : Defendants. : : | NO. 5:24-cv-00105-MTT-CHW |

## ORDER OF DISMISSAL

Plaintiff Charlie Lamonte McKinney, Jr., a prisoner in Central State Prison in Macon, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Compl., ECF No. 1. Because the complaint was not on the proper form for prisoner § 1983 complaints, Plaintiff was ordered to recast his complaint on the proper form if he wanted to proceed with this action. Order, ECF No. 3. Additionally, Plaintiff was ordered to either pay the $405.00 filing fee or file a proper and complete motion to proceed *in forma pauperis*. *Id.* Plaintiff was given fourteen days to take these actions and was cautioned that his failure to do so could result in the dismissal of this case.

More than fourteen days passed following entry of that order, during which Plaintiff did not file a recast complaint, pay the filing fee, move for leave to proceed *in forma pauperis*, or otherwise respond to the order. As a result, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to comply with the Court's orders. Order to Show Cause, ECF No. 5. Plaintiff was given fourteen

days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have now passed since the show cause order was entered, and Plaintiff has not responded to that order. Therefore, because Plaintiff has failed to respond to the Court's orders and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 10th day of July, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT